COLUMBIA LOAN CO. v. FERKEL et al. (Circuit Court of Appeals, Seventh Circuit. July 8, 1915. Rehearing Denied November 26, 1915.) No. 2138. Appeal from the District Court of the United States for the Eastern District of Illinois; Francis M. Wright, Judge. Charles C. Collins, of St. Louis, Mo., and Thomas E. Gillespie, of East St. Louis, Ill., for appellant. Oscar E. Buder, of St. Louis, Mo., for appellees. Before BAKER and KOHLSAAT, Circuit Judges, and CARPENTER, District Judge.

PER CURIAM. Appellees prevailed in their suit to reform a lease of real estate; and this appeal involves only a determination of the sufficiency of the

evidence to support the decree. An examination of the evidence has satisfied us that the decree was proper, and accordingly it is affirmed.